KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
ANNE E. KEARNS (SBN 183336) akearns@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, California 94111
Telephone:   (415) 249-8330
Facsimile:    (415) 249-8333

Attorneys for Plaintiff TIFFANY (NJ), LLC

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY (NJ), LLC., a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> MIKI BOUTIQUE, INC., a dissolved California corporation, and MEI NG, an individual, individually and jointly, d/b/a YUKI BOUTIQUE and DOES 1-10, <br><br> Defendants. | Case No. C 11-1563 MMC <br><br> ~~FILED UNDER SEAL~~ |

### STIPULATED CONSENT PRELIMINARY INJUNCTION AND ORDER CONFIRMING SEIZURE

WHEREAS, this action having been commenced by Plaintiff, Tiffany (NJ), LLC ("Tiffany") against the Defendants, Miki Boutique, Inc., a dissolved California corporation, and Mei Ng, an individual, individually and jointly, d/b/a Yuki Boutique (collectively "Defendants"), alleging *inter alia*, trademark counterfeiting and trademark infringement, and false designation of origin and a copy of the Summonses, Complaint, Temporary Restraining Order and Seizure

1

Order, supporting papers, and Orders issued to date having been served upon each of the Defendants:

IT IS STIPULATED, ORDER, ADJUDGED AND DECREED that:

1. This Court has jurisdiction of the subject matter of all counts of this action and over all of the named parties hereto.

2. Tiffany is the owner and/or exclusive licensee of the following trademarks (the "Tiffany Marks") in connection with high quality jewelry, including bracelets, necklaces, earrings and rings:

| Mark | Registration No. | Registration Date |
|---|---|---|
| TIFFANY & CO | 0,023,573 | September 5, 1893 |
| TIFFANY | 0,133,063 | July 6, 1920 |
| TIFFANY & CO. | 1,228,189 | February 22, 1983 |
| TIFFANY | 1,228,409 | February 22, 1983 |

3. Defendants and their respective officers, agents, servants, employees, and attorneys, and all persons in active concert and participation with them are hereby restrained and enjoined, pending termination of this action, from, intentionally and/or knowingly:

    A. manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods; bearing the Tiffany Marks;

    B. using the Tiffany Marks in connection with the sale of any unauthorized goods;

    C. using any logo, and/or layout which may be calculated to falsely advertise the services or products of the Defendants as being sponsored by,

2

authorized by, endorsed by, or in any way associated with the Plaintiff;

D. using any reproduction, counterfeit, copy, or colorable imitation of the Tiffany Marks in connection with the publicity, promotion, sale or advertising of any goods sold by the Defendants, including, without limitation, high quality jewelry, including bracelets, necklaces, earrings and rings;

E. affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent the Defendants' goods as being those of the Plaintiff, or in any way endorsed by the Plaintiff;

F. offering such goods in commerce; and from otherwise unfairly competing with the Plaintiff;

G. secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting or displaying of all unauthorized products which infringe the Tiffany Marks; and

H. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs (A) through (G).

4. The seizure effected on April 5, 2011 pursuant to this Court's Order is hereby confirmed and the hearing scheduled for April 15, 2011 at 9:00 a.m. is hereby canceled.

3

5. The seal in this matter is hereby removed, and the Clerk is instructed to return this file to the public portion of the Court records.

6. The bond posted by the Plaintiff in compliance with the Court's Order dated April 1, 2011 is hereby released.

7. The protective order detailed in the Order, dated April 1, 2011, issued in this case is hereby vacated, and Tiffany is authorized to review all documents, things, etc. detailed in subparagraph Q(2) which were seized from the Defendants in connection with this matter.

SO STIPULATED:

**Plaintiff: Tiffany (NJ), LLC**

Dated: April 14 2011

KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: _____
ANNE E. KEARNS

**Defendant:** ~~Miki~~ Yuki SP Boutique, Inc.

Dated: April 13 2011

By: _____
Printed Name: Mei Ng
Title: Owner

**Defendant: Mei Ng**
Dated: April 13 2011

_____
MEI NG

**IT IS SO ORDERED.**

Dated: _____ April 14 __, 2011

_____
MAXINE M. CHESNEY
United States District Judge

107870
STIPULATED CONSENT PRELIMINARY INJUNCTION
AND ORDER CONFIRMING SEIZURE
Case No. C 11-1563 MMC