EDWIN K. PRATHER (Cal. Bar No. 190536)
LAW OFFICES OF EDWIN PRATHER
461 Bush Street, Suite 350
San Francisco, California  94108
Telephone:     415-881-7774
Email: Edwin@pratherlawoffices.com

Attorneys for Defendants
MIKI BOUTIQUE, INC., a dissolved California corporation; MEI NG, an individual, individually and jointly, d/b/a YUKI BOUTIQUE

THE UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIFFANY (NJ), LLC, a Delaware limited liability company,<br><br>   Plaintiff,<br><br>   vs.<br><br>MIKI BOUTIQUE, INC., a dissolved California corporation, and MEI NG, an individual, individually and jointly, d/b/a YUKI BOUTIQUE and DOES 1-10,<br><br>   Defendants. | Case No. CV-11-1563 MMC<br><br>**ORDER RE:**<br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:  March 31, 2011 |

Pursuant to Local Rule 6.1(a), Defendants MIKI BOUTIQUE, INC., a dissolved California corporation, and MEI NG, an individual, individually and jointly, d/b/a YUKI BOUTIQUE ("Defendants") and Plaintiff TIFFANY (NJ), LLC, and by and through their respective counsel, hereby stipulate to an extension of time for Defendants to respond to Plaintiff's Complaint filed on March 31, 2011.

**RECITALS**

1. On March 31, 2011, Plaintiff filed a complaint alleging trademark infringement, counterfeiting, and false designation of origin, against Defendants.

2. Defendants were served with the summons and complaint on April 5, 2011. A response to the complaint by Defendants is currently due on April 26, 2011.

3. Plaintiff and Defendants have stipulated and agreed that a response to the complaint by Defendants shall be due no later than May 10, 2011. The parties aver that the requested extension will not alter the date of any event or deadline already fixed by Court order.

**STIPULATION**

Pursuant to Local Rule 6.1(a), the parties hereby stipulate, through their respective counsel, that Defendants shall answer or otherwise respond to Plaintiff's complaint by May 10, 2011.

Dated: April 20, 2011         Respectfully submitted,

                              LAW OFFICES OF EDWIN PRATHER


                              By:     *s/ Edwin K. Prather*
                                      EDWIN K. PRATHER

                              Attorneys for Defendants
                              MIKI BOUTIQUE, INC., a dissolved
                              California corporation, and MEI NG, an
                              individual, individually and jointly, d/b/a
                              YUKI BOUTIQUE


Dated: April 20, 2011         KRIEG, KELLER, SLOAN, REILLEY &
                              ROMAN LLP
                              KENNETH E. KELLER (SBN#71450)
                              ANNE E. KEARNS (SBN #183336)


                              By:     *s/ Anne E. Kearns*
                                      ANNE E. KEARNS

                              Attorneys for Plaintiff TIFFANY (NJ),
                              LLC


IT IS SO ORDERED
Judge Maxine M. Chesney

                              Dated: April 21, 2011

2
Case3:11-cv-01563-MMC     STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT