EDWIN K. PRATHER (Cal. Bar No. 190536)
LAW OFFICES OF EDWIN PRATHER
461 Bush Street, Suite 350
San Francisco, CA 94108
Telephone:    415-881-7774
Email: Edwin@pratherlawoffices.com

Attorneys for Defendants
MIKI BOUTIQUE, INC., a dissolved California corporation; MEI NG, an individual, individually and jointly, d/b/a YUKI BOUTIQUE

THE UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIFFANY (NJ), LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>MIKI BOUTIQUE, INC., a dissolved California corporation, and MEI NG, an individual, individually and jointly, d/b/a YUKI BOUTIQUE and DOES 1-10,<br><br>    Defendants. | Case No. CV-11-1563 MMC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER**<br><br>Complaint Filed:  March 31, 2011 |

Pursuant to Local Rule 6.1(a), Defendants MIKI BOUTIQUE, INC., a dissolved California corporation, and MEI NG, an individual, individually and jointly, d/b/a YUKI BOUTIQUE ("Defendants") and Plaintiff TIFFANY (NJ), LLC, and by and through their respective counsel, hereby stipulate to an extension of time for Defendants to respond to Plaintiff's Complaint filed on March 31, 2011.

**RECITALS**

1.   On March 31, 2011, Plaintiff filed a complaint alleging trademark infringement, counterfeiting, and false designation of origin, against Defendants.

2.   Defendants were served with the summons and complaint on April 5, 2011.  By previous stipulation, a response to the complaint by Defendants is currently due on May 10, 2011.

1  3. To allow for continuing settlement discussions, Plaintiff and Defendants have stipulated and agreed that a response to the complaint by Defendants shall be due no later than June 10, 2011.  The parties aver that the requested extension will not alter the date of any event or deadline already fixed by Court order.

**STIPULATION**

Pursuant to Local Rule 6.1(a), the parties hereby stipulate, through their respective counsel, that Defendants shall answer or otherwise respond to Plaintiff's complaint by June 10, 2011.

Dated: May 6, 2011

Respectfully submitted,

LAW OFFICES OF EDWIN PRATHER

By: _____*s/ Edwin K. Prather*_____
EDWIN K. PRATHER

Attorneys for Defendants
MIKI BOUTIQUE, INC., a dissolved California corporation, and MEI NG, an individual, individually and jointly, d/b/a YUKI BOUTIQUE

Dated: May 6, 2011

KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
KENNETH E. KELLER (SBN#71450)
ANNE E. KEARNS (SBN #183336)

By: _____*s/ Anne E. Kearns*_____
ANNE E. KEARNS

Attorneys for Plaintiff TIFFANY (NJ), LLC

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, Defendants shall answer or otherwise respond to Plaintiff's complaint by June 10, 2011.

IT IS SO ORDERED.

DATED: May 9, 2011

_____
THE HONORABLE MAXINE M. CHESNEY
U.S. DISTRICT JUDGE

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, EDWIN K. PRATHER, herby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed above.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on May 6, 2011, in the City of San Francisco, California.

Dated: May 6, 2011                      Respectfully submitted,

                                         LAW OFFICES OF EDWIN PRATHER

                                         By:   *s/ Edwin K. Prather*
                                               EDWIN K. PRATHER

                                         Attorneys for Defendants
                                         MIKI BOUTIQUE, INC., a dissolved
                                         California corporation, and MEI NG, an
                                         individual, individually and jointly, d/b/a
                                         YUKI BOUTIQUE