1  EDWIN K. PRATHER (Cal. Bar No. 190536)
   LAW OFFICES OF EDWIN PRATHER
2  461 Bush Street, Suite 350
   San Francisco, CA 94108
3  Telephone:   415-881-7774
   Email: Edwin@pratherlawoffices.com
4
   Attorneys for Defendants
5  MIKI BOUTIQUE, INC., a dissolved California
   corporation; MEI NG, an individual, individually
6  and jointly, d/b/a YUKI BOUTIQUE

7

8                 THE UNITED STATES DISTRICT COURT

9              FOR NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11
   TIFFANY (NJ), LLC, a Delaware limited        )  Case No. CV-11-1563 MMC
12 liability company,                           )
                                                )
13            Plaintiff,                         )  **STIPULATION TO EXTEND TIME TO**
                                                )  **RESPOND TO COMPLAINT;** ~~**[PROPOSED]**~~
14    vs.                                        )  **ORDER**
                                                )
15 MIKI BOUTIQUE, INC., a dissolved California )  Complaint Filed:  March 31, 2011
   corporation, and MEI NG, an individual,      )
16 individually and jointly, d/b/a YUKI         )
   BOUTIQUE and DOES 1-10,                      )
17                                              )
              Defendants.                        )
18                                              )
                                                )
19 _____)

20        Pursuant to Local Rule 6.1(a), Defendants MIKI BOUTIQUE, INC., a dissolved California

21 corporation, and MEI NG, an individual, individually and jointly, d/b/a YUKI BOUTIQUE

22 ("Defendants") and Plaintiff TIFFANY (NJ), LLC, and by and through their respective counsel,

23 hereby stipulate to an extension of time for Defendants to respond to Plaintiff's Complaint filed on

24 March 31, 2011.

25                              **RECITALS**

26        1.       On March 31, 2011, Plaintiff filed a complaint alleging trademark infringement,

27 counterfeiting, and false designation of origin, against Defendants.

28        2.       Defendants were served with the summons and complaint on April 5, 2011.  By

   previous stipulation, a response to the complaint by Defendants is currently due on July 11, 2011.

3.     To allow for continuing settlement discussions, Plaintiff and Defendants have stipulated and agreed that a response to the complaint by Defendants shall be due no later than August 11, 2011.  The parties aver that the requested extension will not alter the date of any event or deadline already fixed by Court order.

<b>STIPULATION</b>

Pursuant to Local Rule 6.1(a), the parties hereby stipulate, through their respective counsel, that Defendants shall answer or otherwise respond to Plaintiff's complaint by August 11, 2011.

Dated:  July 6, 2011                                        Respectfully submitted,

LAW OFFICES OF EDWIN PRATHER

By:     *s/ Edwin K. Prather*
        EDWIN K. PRATHER

Attorneys for Defendants
MIKI BOUTIQUE, INC., a dissolved
California corporation, and MEI NG, an
individual, individually and jointly, d/b/a
YUKI BOUTIQUE

Dated:  July 6, 2011                                        KRIEG, KELLER, SLOAN, REILLEY &
                                                            ROMAN LLP
                                                            KENNETH E. KELLER (SBN#71450)
                                                            ANNE E. KEARNS (SBN #183336)

By:     *s/ Anne E. Kearns*
        ANNE E. KEARNS

Attorneys for Plaintiff TIFFANY (NJ),
LLC

2

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER  [CASE NO. CV 11-1563 MMC]

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, Defendants shall answer or otherwise respond to Plaintiff's

complaint by August 11, 2011.

IT IS SO ORDERED.

DATED:  July 8, 2011          _____

THE HONORABLE MAXINE M. CHESNEY

U.S. DISTRICT JUDGE

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, EDWIN K. PRATHER, herby declare pursuant to General Order 45, § X.B, that I have

obtained the concurrence in the filing of this document from each of the other signatories listed

above.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on July 6, 2011, in the City of San Francisco, California.

Respectfully submitted,

LAW OFFICES OF EDWIN PRATHER

By: ____*s/ Edwin K. Prather*_____
        EDWIN K. PRATHER

        Attorneys for Defendants
        MIKI BOUTIQUE, INC., a dissolved
        California corporation, and MEI NG, an
        individual, individually and jointly, d/b/a
        YUKI BOUTIQUE

3

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER  [CASE NO. CV 11-1563 MMC]