1  EDWARD J. RODZEWICH, ESQ. – State Bar No. 159466
   **VALERIAN, PATTERSON & STRATMAN**
2  1650 Harbor Bay Parkway, Suite 100
   Alameda, CA  94502-3013
3  Phone:  (510) 521-0612
   Fax:  (510) 337-0125
4  edward.rodzewich@farmersinsurance.com
   Attorneys for Defendants
5  MIKI BOUTIQUE, INC., a dissolved California
   corporation; MEI NG, an individual, individually
6  and jointly, d/b/a YUKI BOUTIQUE

7

8              THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| | |
|---|---|
| TIFFANY (NJ), LLC, a Delaware limited liability company, | Case No.: CV-11-1563 MMC |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER** |
| vs. | |
| MIKI BOUTIQUE, INC., a dissolved California corporation, and MEI NG, an individual, individually and jointly, d/b/a YUKI BOUTIQUE, et al., | |
| Defendants. | |

TO ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:

   PLEASE TAKE NOTICE that VALERIAN, PATTERSON & STRATMAN hereby substitute in place of THE LAW OFFICES OF EDWIN PRATHER as counsel of record for defendants MIKI BOUTIQUE, INC., a dissolved California corporation and MEI NG, an individual, individually and jointly, d/b/a YUKI BOUTIQUE in the above-entitled matter.

   DATED:  7/20/11              VALERIAN, PATTERSON & STRATMAN

                                BY: _____
                                    EDWARD J. RODZEWICH, ESQ.
                                    Attorney for Defendants, MIKI BOUTIQUE, INC.,
                                    a dissolved California corporation; MEI NG, an
                                    individual, individually and jointly, d/b/a YUKI
                                    BOUTIQUE

I consent to this substitution.

DATED: 7-26-11

LAW OFFICES OF EDWIN PRATHER

BY: _____
EDWIN PRATHER, ESQ.
Attorney for Defendants,
MIKI BOUTIQUE, INC., a dissolved California corporation; MEI NG, an individual, individually and jointly, d/b/a YUKI BOUTIQUE

I consent to this substitution.

DATED: 7-26-11

BY: _____
MEI NG, an individual, individually and jointly, d/b/a YUKI BOUTIQUE

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT: VALERIAN, PATTERSON & STRATMAN hereby substitute in place of THE LAW OFFICES OF EDWIN PRATHER as counsel of record for MIKI BOUTIQUE, INC., a dissolved California corporation, and MEI NG, an individual, individually and jointly, d/b/a YUKI BOUTIQUE in the above-entitled matter.

DATED:

August 1, 2011

_____
THE HONORABLE MAXINE M. CHESNEY
U.S. DISTRICT JUDGE