EDWARD J. RODZEWICH, ESQ. – State Bar No. 159466
**VALERIAN, PATTERSON & STRATMAN**
1650 Harbor Bay Parkway, Suite 100
Alameda, CA 94502-3013
Phone: (510) 521-0612
Fax: (510) 337-0125
edward.rodzewich@farmersinsurance.com

Attorneys for Defendants
MIKI BOUTIQUE, INC., a dissolved California Corporation; MEI NG, an individual, individually and jointly, d/b/a YUKI BOUTIQUE

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| TIFFANY (NJ), LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MIKI BOUTIQUE, INC., a dissolved California corporation, and MEI NG, an individual, individually and jointly, d/b/a YUKI BOUTIQUE, et al.,<br><br>　　　　　Defendants. | Case No.: CV-11-1563 MMC<br><br>**STIPULATION TO EXTEND TIME TO COMPLETE MEDIATION, PROPOSED ORDER** |

　　The parties to above action stipulate to the following a seek court approval to extend the time to mediate this matter:

　　Whereas, this matter was set to be mediated on September 19, 2011 before Linda Katwinel, Esq., and the time to complete mediation was October 8, 2011;

　　Whereas, counsel for Plaintiffs learned for the first time a few days before the September 19, 2011 mediation that Defendants' insurance carrier intended to take the position that there would be no indemnity coverage at the mediation;

STIPULATION TO EXTEND TIME TO MEDIATE - 1
Case No.: CV-11-1563 MMC

1     Whereas, Plaintiff's counsel needs additional time to review Defendant's applicable insurance policy, which Defendant's counsel agrees to produce shortly, and determine whether cumis counsel is necessary for mediation.

    Whereas, the mediator, Linda Katwinkel, Esq. was advised of the insurance issue and consented to a continuance.

    Whereas, trial in this matter is set for May 21, 2012. This short extension to complete mediation will not interfere with that trial date.

    IT IS HEREBY STIPULATED by and between the Parties, through their respective attorneys of record and subject to order of the Court, that the time in which to complete mediation is to and including October 28, 2011.

DATED: 9/19/11

VALERIAN, PATTERSON & STRATMAN

BY: _____
EDWARD J. RODZEWICH, ESQ.
Attorney for Defendants,
MIKI BOUTIQUE, INC., a dissolved California corporation; MEI NG, an individual, individually and jointly, d/b/a YUKI BOUTIQUE

DATED: September 19, 2011

KRIEG, KELLER, SLOAN, REILLY & ROMAN LLP.

BY: *Anne Kearns, Esq.*
_____
ANNE KEARNS, ESQ.
Attorney for Plaintiff
TIFFANY (NJ), LLC, a Delaware limited liability company

DECLARATION PURSUANT TO GENERAL ORDER 45, Section X, B

I, Edward J. Rodzewich, declare pursuant to General Order 45, Section X, B, that have obtained the concurrence for the filing of this document with each of the signatories above.

I declare under penalty of perjury that the above is true.

Executed in Alameda, California.

DATED: 9/19/11

VALERIAN, PATTERSON & STRATMAN

BY: _____
EDWARD J. RODZEWICH, ESQ.
Attorney for Defendants,
MIKI BOUTIQUE, INC., a dissolved California corporation; MEI NG, an individual, individually and jointly, d/b/a YUKI BOUTIQUE

[~~PROPOSED~~] ORDER

Good cause appearing, the Court now orders that the time to mediate this matter be extended to October 28, 2011.

IT IS SO ORDERED.

Date: September 20, 2011

_____
Maxine M, Chesney
United States District Judge

STIPULATION TO EXTEND TIME TO MEDIATE - 3
Case No.: CV-11-1563 MMC