1  EDWARD J. RODZEWICH, ESQ. – State Bar No. 159466
   **VALERIAN, PATTERSON & STRATMAN**
2  1650 Harbor Bay Parkway, Suite 100
   Alameda, CA  94502-3013
3  Phone:  (510) 521-0612
   Fax:  (510) 337-0125
4  edward.rodzewich@farmersinsurance.com

5  Attorneys for Defendants
   MIKI BOUTIQUE, INC., a dissolved California
6  Corporation; MEI NG, an individual, individually
   and jointly, d/b/a YUKI BOUTIQUE
7

8
                    THE UNITED STATES DISTRICT COURT
9
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN FRANCISCO DIVISION
11

12  TIFFANY (NJ), LLC, a Delaware limited liability company,   | Case No.: CV-11-1563 MMC

13         Plaintiff,                                           | **STIPULATION TO EXTEND TIME TO COMPLETE MEDIATION, PROPOSED ORDER**

14         vs.

15  MIKI BOUTIQUE, INC., a dissolved California corporation, and MEI NG, an individual,
16  individually and jointly, d/b/a YUKI BOUTIQUE, et al.,
17
           Defendants.
18

19
           The parties to above action stipulate to the following a seek court approval to extend the time to
20
    mediate this matter:
21
           Whereas, this matter was set to be mediated on September 19, 2011before Linda Katwinel, Esq.,
22
    and the time to complete mediation was October 8, 2011;
23
           Whereas, counsel for Plaintiffs learned for the first time a few days before the September 19,
24
    2011 mediation that Defendants' insurance carrier intended to take the position that there would be no
25
    indemnity coverage at the mediation;
26

27

28
    ─────────────────────────────────────────────
                 STIPULATION TO EXTEND TIME TO MEDIATE - 1
                        Case No.: CV-11-1563 MMC

1  Whereas, Plaintiff's counsel needs additional time to review Defendant's applicable insurance
2  policy, which Defendant's counsel agrees to produce shortly, and determine whether cumis counsel is
3  necessary for mediation.
4  Whereas, the mediator, Linda Katwinkel, Esq. was advised of the insurance issue and consented
5  to a continuance.
6  Whereas, trial in this matter is set for May 21, 2012. This short extension to complete mediation
7  will not interfere with that trial date.
8  IT IS HEREBY STIPULATED by and between the Parties, through their respective attorneys of
9  record and subject to order of the Court, that the time in which to complete mediation is to and including
10  October 28, 2011.

12  DATED: 9/19/11

VALERIAN, PATTERSON & STRATMAN

BY: _____
EDWARD J. RODZEWICH, ESQ.
Attorney for Defendants,
MIKI BOUTIQUE, INC., a dissolved California corporation; MEI NG, an individual, individually and jointly, d/b/a YUKI BOUTIQUE

19  DATED: September 19, 2011

KRIEG, KELLER, SLOAN, REILLY & ROMAN LLP.

BY: *Anne Kearns, Esq.*
_____
ANNE KEARNS, ESQ.
Attorney for Plaintiff
TIFFANY (NJ), LLC, a Delaware limited liability company

DECLARATION PURSUANT TO GENERAL ORDER 45, Section X, B

I, Edward J. Rodzewich, declare pursuant to General Order 45, Section X, B, that have obtained the concurrence for the filing of this document with each of the signatories above.

I declare under penalty of perjury that the above is true.

Executed in Alameda, California.

DATED: 9/19/11

VALERIAN, PATTERSON & STRATMAN

BY: _____
EDWARD J. RODZEWICH, ESQ.
Attorney for Defendants,
MIKI BOUTIQUE, INC., a dissolved California corporation; MEI NG, an individual, individually and jointly, d/b/a YUKI BOUTIQUE

[~~PROPOSED~~] ORDER

Good cause appearing, the Court now orders that the time to mediate this matter be extended to October 28, 2011.

IT IS SO ORDERED.

Date: September 20, 2011

_____
Maxine M, Chesney
United States District Judge